UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Deion L. Turner
                      Plaintiff,

v.                                           Case No.: 1:15–cv–04537
                                           Honorable Sharon Johnson Coleman

S.A. Godinez, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 11, 2018:

       MINUTE entry before the Honorable Jeffrey Cole: Settlement conference held. The case is settled and the parties, though counsel, placed the materials terms of the settlement agreement on the record. The parties agree that contract formation occurred today and that there is a binding settlement agreement today even though the agreement contemplates a future written document. Consequently, the execution of the contemplated agreement is not a condition precedent to contract formation. See Alliance for Water Efficiency v. Fryer, 808 F.3d 1153 (7th Cir. 2015); PFT Roberson, Inc. v. Volvo Trucks North America, Inc., 420 F.3d 728, 731 (7th Cir.2005); Quake Construction, Inc. v. American Airlines, 141 Ill.2d 281 (1990); Loop Paper Recycling, Inc. v. JC Horizon Ltd., 2010 WL 1655254 (N.D.Ill. 2010). Without the patience and cooperation of Sanjay Murthy and Jennifer Dienes of Morgan Lewis & Bockius LLP of Chicago, counsel for the plaintiff, and James Doran, Office of the Attorney General and Kelly Presley of the Illinois Dept. of Corrections, counsel for the defendants, this case would not have had the successful outcome it did. Their behavior shows that lawyers can act with the utmost civility and courtesy towards one another without sacrificing in the slightest the obligations to their clients. Special thanks is due to Mr. Murthy and Ms. Dienes who were recruited by Judge Coleman to represent Mr. Turner in this case. They were unstinting in their allegiance to Mr. Turner and their work was of the highest quality. Without the selfless participation of people like Mr. Murthy and Ms. Dienes, our court could not provide the quality of legal services that it now does. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.